FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 DEC 26 PM 4:21
CLERK _Cadcus_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

EQUAL EMPLOYMENT OPPORTUNITY *
COMMISSION, *
 *
    Plaintiff, *
 *
    v. * CV 118-085
 *
COOPER MACHINE COMPANY, INC., *
 *
    Defendant. *

**O R D E R**

Before the Court is Plaintiff Equal Employment Opportunity Commission's ("EEOC") motion to stay. (Doc. 10.) On December 21, 2018, appropriations for funding the EEOC and other Federal Government operations lapsed causing a partial government shutdown. Because the EEOC is prohibited from engaging in its duties — including litigation activities — without appropriations, see 31 U.S.C. §§ 1341(a)(1)(B), 1342, it seeks a stay of this action and an extension of all deadlines. Upon due consideration, the EEOC's motion to stay (Doc. 10) is **GRANTED**. This case is hereby **STAYED** until the EEOC's funding is restored, and all pending deadlines in this matter, if any, are extended for the same number of days as the EEOC's lapse in funding.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of December, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA